# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154704(42)

RICHARD A. KRUEGER and MAUREEN
FALLON-KRUEGER,
            Plaintiffs-Appellees,

v                                                                    SC: 154704
                                                                     COA: 328787
                                                                     Kent CC: 15-003966-NO
SPECTRUM HEALTH SYSTEMS and SAM J.
GIOVANNUCCI, M.D.,
            Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on January 17, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2017



Clerk